DSS:KKO
F. #2009R00637

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

IN THE MATTER OF AN APPLICATION FOR A
SEARCH WARRANT FOR:

THE PREMISES KNOWN AND DESCRIBED AS           Misc. 10-341
ELECTRONIC MAIL ADDRESSES

"cutyL33@aol.com"
"Jlewis8902@aol.com"
"wvonhar@aol.com"
"ilyak.nyc@gmail.com"
"aphroditeart@yahoo.com"
"asklepioc@yahoo.com"
"elaymanlibzo@yahoo.com"
"salim_iman@yahoo.com"
"windsorant@yahoo.com"
"elhams76@hotmail.com"
AND
"maanno21@hotmail.com".

- - - - - - - - - - - - - - - - - - -X

**ORDER TO UNSEAL REDACTED APPLICATION, ORDERS AND WARRANTS**

Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Karin K. Orenstein, for an order unsealing the <u>redacted</u> application, orders and warrants as to the above-captioned matter.

WHEREFORE, it is ordered that the redacted applications and orders in the above-captioned matter be unsealed.

Dated:    Brooklyn, New York
          August 10, 2011

                                      THE H              OLD
                                      UNITE            JUDGE
                                      EASTE             ORK